GOKCE T. YUREKLI
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Tel: (202) 598-0581
Fax: (202) 514-6866
Gokce.T.Yurekli@usdoj.gov
*Counsel for the United States of America*

**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:25-cv-11925 ) |
| DONALD J. MELIADO, JR., JACQUELINE V. MELIADO, and US BANK CUST BV TRST 2015-1, | ) ) ) ) |
| Defendants. | ) ) ) |

**COMPLAINT**

The United States of America brings this action at the request of the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury, and at the direction of the Attorney General of the United States, to enforce its federal tax liens against real property located at located 115 Pawnee Road, Cranford, New Jersey ("Cranford Property") and to enter the Agreed Order of Sale of the Cranford Property. In support of this action, the United States alleges as follows:

**JURISDICTION & VENUE**

1. Jurisdiction is conferred upon the district court by virtue of 28 U.S.C. §§ 1331, 1340 and 1345 and 26 U.S.C. §§ 7401, 7402, and 7403.

2.     Venue is proper in this district under 28 U.S.C. §§ 1396 because it is where the Cranford Property is located.

## PARTIES

3.     The plaintiff is the United States of America.

4.     Donald J. Meliado, Jr. and Jacqueline V. Meliado (collectively, the "Meliados") reside in Union County, New Jersey, within the jurisdiction of this Court.

5.     US Bank Cust BV Trst 2015-1 is named as a party because it may claim an interest in the Cranford Property.

## FACTUAL BACKGROUND

6.     On April 9, 2021, the United States filed an amended complaint against Donald and Jacqueline Meliado to reduce to judgment unpaid federal income tax liabilities assessed against them for tax years 2005, 2007, and 2010 through 2014; and against Donald Meliado for the unpaid trust fund recovery penalties for the fourth quarter of 2007, fourth quarter of 2008, all quarters of 2009, all quarters of 2010, all quarters of 2011, and first quarter of 2012. *See United States v. Donald J. Meliado, Jr., et al.,* Case No. 2:18-cv-11387-MCA-LDW, ECF No. 73 (D.N.J. April 9, 2021). The United States also sought to enforce the federal tax liens on the Cranford Property owned by the Meliados and to obtain judicial sale of the Cranford Property. *Id.*

7.     The parties reached a settlement agreement on July 23, 2021, when a delegate of the Attorney General of the United States accepted a written offer that had been executed by the Meliados on July 19, 2021 ("Settlement Agreement").

8.     As part of the Settlement Agreement, the Meliados agreed to, among other things:

2

  a. Execute an Agreed Judgment in favor of the United States for the tax liabilities described in paragraph 6, above. *See* Exhibit A, Agreed Judgment; Ex. B, Settlement Agreement.

  b. Pay $330,000 toward their joint income tax liabilities in $3,000 monthly installments. *Id.*

  c. Donald Meliado to pay $35,000 toward his trust fund recovery penalties with two payments of $2,309.77 and thereafter in $500 monthly installments. *Id.*

  d. Execute an Agreed Order of Sale ("2021 Agreed Order of Sale") that would only be filed if the Meliados failed to comply with any of the terms of the Settlement Agreement. *Id.*

  e. Bear their own attorneys' fees and costs.

9. The Settlement Agreement also included the following breach terms:

  a. If the Meliados missed a payment, they would be permitted thirty days after notification in writing to cure the default by submitting a check for the amount of the missed payment. *Id.*

  b. If the Meliados defaulted and failed to cure their default, the United States shall have the right to collect the entire balance remaining on the Agreed Judgment and enforce the Agreed Judgment by any and all legal means, including, filing the 2021 Agreed Order of Sale with the Court. *Id.*

10. On March 21, 2022, the Court entered an Agreed Judgment in favor of the United States and against the Meliados. *See United States v. Donald J. Meliado, Jr., et al.,* Case No. 2:18-cv-11387-MCA-LDW, ECF No. 99 (D.N.J. April 9, 2021); Ex. A. The Agreed Judgment stated the federal tax lien provided by 26 U.S.C. § 6321 attaches to all property and rights to

property of the Meliados, including their interest in the Cranford Property. *Id.* The 2021 Agreed Order of Sale was not entered by the Court, as the Settlement Agreement provided that it would not be filed as long as the Meliados remained current on their Settlement Agreement obligations.

11. After signing the Settlement Agreement but before making any installment payments, Donald Meliado filed for Chapter 13 bankruptcy on September 21, 2022. *In re Donald J. Meliado, Jr.*, Case No. 22-17467-RG, ECF No. 1 (Bank. D.N.J. September 21, 2022). This triggered an automatic stay of collection of the Agreed Judgment.

12. In his Chapter 13 plan, Donald Meliado proposed to sell the Cranford Property by September 30, 2023 in order to pay his creditors, which included the United States. *Id.* at ECF No. 15. He failed to sell the property by this date.

13. Donald Meliado filed a modified plan on October 13, 2023, proposing to sell the Cranford Property by January 30, 2024. *Id.* at ECF No. 99. He failed to sell the property by this date.

14. Donald Meliado's Chapter 13 bankruptcy was dismissed on November 28, 2023 due to delinquent payments. *Id.* at ECF No. 112.

15. On December 8, 2023, the United States agreed to have the Settlement Agreement reinstated.

16. As a condition of having the Settlement Agreement reinstated, the Meliados executed a new Agreed Order of Sale. Ex. C, "2024 Agreed Order of Sale." The 2024 Agreed Order of Sale described by this paragraph is substantively the same as the Agreed Order of Sale described in paragraphs 8(d) and 10, above, with the government's signature block updated to reflect the current government attorney assigned to the matter.

## COUNT I: BREACH OF SETTLEMENT AGREEMENT

17. The United States incorporates by reference the allegations made in Paragraphs 1 through 16.

18. By letter dated October 11, 2024, the United States informed the Meliados they were in breach of their Settlement Agreement. Ex. D, Breach Letter.

19. In violation of the Settlement Agreement, the Meliados failed to make all required installment payments.

20. Despite written notice, the Meliados failed to timely and fully cure their default as required by the Settlement Agreement.

21. The Meliados are therefore in breach of the Settlement Agreement.

## COUNT II: ENTRY OF ORDER OF SALE

22. The United States incorporates by reference the allegations made in Paragraphs 1 through 21.

23. Pursuant to 26 U.S.C. §§ 6321 and 6322, for each assessment underlying the tax liabilities that are the subject of the Agreed Judgment, a federal tax lien arose on the date of the assessment and attached to all property and rights to property belonging to the Meliados, including the Cranford Property, in favor of the United States.

24. On the dates shown below, the Internal Revenue Service recorded with the Union County Clerk's Office, New Jersey, notices of federal tax liens against the Meliados for the tax periods listed below:

| Type of Tax and Tax Period | Lien Filing/Refiling Date |
|---|---|
| Form 1040 2005 | 08/27/2008 9/6/2017 |
| Form 1040 | 04/06/2010 |

| Type of Tax and Tax Period | Lien Filing/Refiling Date |
|---|---|
| 2007 | 4/24/2019 |
| Form 1040 2010 | 05/21/2013 11/9/2021 |
| Form 1040 2011 | 05/21/2013 11/9/2021 |
| Form 1040 2012 | 07/21/2014 8/1/2023 |
| Form 1040 2013 | 07/21/2014 8/1/2023 |
| Form 1040 2014 | 02/03/2016 |

25. On the dates shown below, the Internal Revenue Service recorded with the Union County Clerk's Office, New Jersey, notices of federal tax liens against Donald Meliado for the tax periods listed below:

| Type of Tax and Tax Period | Lien Filing/Refiling Date |
|---|---|
| § 6672 Civil Penalty 2005Q1 | 08/14/2013 |
| § 6672 Civil Penalty 2007Q4 | 08/14/2013 11/29/2022 |
| § 6672 Civil Penalty 2008Q4 | 08/14/2013 11/29/2022 |
| § 6672 Civil Penalty 2009Q1 | 08/14/2013 11/29/2022 |
| § 6672 Civil Penalty 2009Q2 | 08/14/2013 11/29/2022 |
| § 6672 Civil Penalty 2009Q3 | 08/06/2013 11/29/2022 |
| § 6672 Civil Penalty 2009Q4 | 08/06/2013 11/29/2022 |
| § 6672 Civil Penalty 2010Q1 | 08/06/2013 11/29/2022 |
| § 6672 Civil Penalty 2010Q2 | 08/06/2013 11/29/2022 |
| § 6672 Civil Penalty 2010Q3 | 08/06/2013 11/29/2022 |

| Type of Tax and Tax Period | Lien Filing/Refiling Date |
|---|---|
| § 6672 Civil Penalty 2010Q4 | 08/06/2013 11/29/2022 |
| § 6672 Civil Penalty 2011Q1 | 08/06/2013 11/29/2022 |
| § 6672 Civil Penalty 2011Q2 | 08/06/2013 11/29/2022 |
| § 6672 Civil Penalty 2011Q3 | 08/06/2013 11/29/2022 |
| § 6672 Civil Penalty 2011Q4 | 08/06/2013 11/29/2022 |
| § 6672 Civil Penalty 2012Q1 | 08/06/2013 11/29/2022 |

26. The Meliados acquired title to the Cranford Property via Deeds recorded in Union County, New Jersey. Ex. E, Deed.

27. Defendant US Bank Cust BV Trst 2015-1 may claim an interest in the Cranford Property by virtue of a Certificate of Sale recorded in the Union County Clerk's Office on December 9, 2015.

28. The United States seeks to enforce its federal tax liens against the Cranford Property pursuant to 26 U.S.C. § 7403 by having the Cranford Property sold pursuant to the 2024 Agreed Order of Sale, free and clear of all rights, titles, claims, liens, and interests, with the proceeds of the sale distributed as agreed to in the order.

WHEREFORE, the United States prays:

A. That the Court enter as an order of the Court in this action the 2024 Agreed Order of Sale.

B. That the Court adjudicate the interests of any party other than the Meliados who might claim an interest in the Cranford Property.

C. That, after the sale occurs, enter an order confirming the sale and disbursing the net sale proceeds to the parties entitled to such proceeds according to their adjudicated priorities.

D. That the Court award the United States such further relief the Court deems appropriate, including the costs of this action.

E. That the Court award other and further relief as the Court deems just and proper.

Date: June 18, 2025

*/s/ Gokce T. Yurekli*
GOKCE T. YUREKLI
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Tel: (202) 598-0581
Fax: (202) 514-6866
Gokce.T.Yurekli@usdoj.gov
*Counsel for the United States of America*