IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA, )
)
    Plaintiff, )
) Case No. 2:18-cv-11387-MCA-LDW
    v. )
)
DONALD J. MELIADO, JR., *et al.*, )
)
    Defendants. )
_____ )

## AGREED JUDGMENT

The Court has determined that judgment should be entered consistent with settlement agreement between Plaintiff, the United States of America, and Defendants Jacqueline and Donald Meliado. Accordingly, it is hereby ORDERED that:

1. With respect to the unpaid federal employment tax liabilities of Meliado & Meliado, Defendant Donald J. Meliado is indebted to the United States for the unpaid balance of the trust fund recovery penalties assessed against him for the fourth quarter of 2007, fourth quarter of 2008, all quarters of 2009, all quarters of 2010, all quarters of 2011, and the first quarter of 2012, in the amount of $37,237.44 as of June 14, 2021, along with statutory interest and additions accruing after that date according to law until the judgment is paid in full.

2. Defendants Jacqueline and Donald Meliado are indebted to the United States for the unpaid balance of their joint income tax liabilities for the 2005, 2007, and 2010 through 2014 tax years in the total amount of $377,009.46, as of June 14, 2021, along with all statutory interest and additions accruing after that date according to law until the judgment is paid in full.



Exhibit A

3. The federal tax lien provided by 26 U.S.C. § 6321 attaches to all property and rights to property of Jacqueline and Donald Meliado, including, but not limited to, their interest in the real property located at 115 Pawnee Road, Cranford, New Jersey.

4. Each party shall bear their respective attorneys' fees and costs, as well as any other expenses of litigation.

SEEN AND AGREED BY:

*Counsel for Plaintiff:*

Date: 8/13/2021

DAVID A. HUBBERT
Acting Assistant Attorney General

*[signature]*

CATRIONA M. COPPLER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
202-514-5153 (v)
202-514-6866 (f)
Catriona.M.Coppler@usdoj.gov

*Pro Se Defendants Jacqueline and Donald Meliado:*

Date: 7/19/21

*[signature]*
JACQUELINE MELIADO
115 Pawnee Road
Cranford, New Jersey 07016

*[signature]*
DONALD J. MELIADO, JR.
115 Pawnee Road
Cranford, New Jersey 07016

SO ORDERED

    *s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date: 3/21/22

2