103 — DEED - BARGAIN AND SALE (Covenant as to Grantor's Acts)
IND. TO IND. OR CORP. — Plain Language    ADGRVS —2

Copyright © 1982 By ALL STATE LEGAL SUPPLY CO.
One Commerce Drive, Cranford, N.J. 07016

# DEED  37151

This Deed is made on October 29, , 19 92

Prepared by: (Print signer's name below signature)
Bruce H. Bergen, Esq.

**BETWEEN**

Jess Bernstein and Eleanor Bernstein, his wife

whose address is   115 Pawnee Rd., Cranford, New Jersey

referred to as the Grantor.

AND  Donald J. Meliado, Jr., single and Jacqueline V...,

whose post office address is   about to be 115 Pawnee Rd., Cranford, N.J.
referred to as the Grantee.
The words "Grantor" and "Grantee" shall mean all Grantors and all Grantees listed above.

**Transfer of Ownership.** The Grantor grants and conveys (transfers ownership of) the property described below to the Grantee. This transfer is made for the sum of two hundred thirty thousand dollars ($230,000.00).
The Grantor acknowledges receipt of this money.

**Tax Map Reference.** (N.J.S.A. 46:15-2.1) Municipality of Cranford
Block No.   117         Lot No.   13                 Account No.
☐ No property tax identification number is available on the date of this deed.  (Check box if applicable.)

**Property.** The property consists of the land and all the buildings and structures on the land in the Township of Cranford
County of   Union    and State of New Jersey. The legal description is:

ALL that certain tract, lot and parcel of land situate in the Township of Cranford, County of Union and State of New Jersey, being more particularly described as follows:

BEGINNING at a point in the southerly sideline of Pawnee Road distant 358.62 feet westerly from the intersection formed by the southerly sideline of Pawnee Road with the westerly sideline of Springfield Avenue and running thence;

(1) South 02 degrees 29 minutes 20 seconds East 120.00 feet to a point; thence
(2) South 87 degrees 30 minutes 40 seconds West 90.00 feet to a point; thence
(3) North 02 degrees 29 minutes 20 seconds West 120.00 feet to a point; thence
(4) North 87 degrees 30 minutes 40 seconds East 90.00 feet to the point and place of BEGINNING.

The above description is based upon a survey made by M.R. Mastrangelo and Associates, dated September 1, 1992.

BEING also known as Lot 13 in Block 117 on the current Tax Map of the Township of Cranford.

BEING the same property conveyed to the grantors herein by Deed from Walter L. Baker and E. Grace Baker, his wife, dated July 1, 1955, recorded on July 7, 1955 in the Office of the Union County Register at Deed Book 2199, Page 176.

COUNTY OF UNION
CONSIDERATION  230,000.00
REALTY TRANSFER FEE  852.00
DATE  11/2/92   BY  JG.M

DB3897-0299

Exhibit E

DB3897-0300

**Promises by Grantor.** The Grantor promises that the Grantor has done no act to encumber the property. This promise is called a "covenant as to grantor's acts" (N.J.S.A. 46:4-6). This promise means that the Grantor has not allowed anyone else to obtain any legal rights which affect the property (such as by making a mortgage or allowing a judgment to be entered against the Grantor).

**Signatures.** The Grantor signs this Deed as of the date at the top of the first page.

Witnessed by:

_____ (Seal)
Eleanor Bernstein

_____ (Seal)
Bruce H. Bergen, Esq.          Jess Bernstein

STATE OF NEW JERSEY, COUNTY OF Hudson          SS.:

I CERTIFY that on October 29, 19 92

Jess Bernstein and Eleanor Bernstein

personally came before me and acknowledged under oath, to my satisfaction, that this person (or if more than one, each person):
(a) is named in and personally signed this Deed;
(b) signed, sealed and delivered this Deed as his or her act and deed; and
(c) made this Deed for $ 230,000.00   as the full and actual consideration paid or to be paid for the transfer of title. (Such consideration is defined in N.J.S.A. 46:15-5.)

Bruce H. Bergen, Esq.
Attorney at Law of New Jersey

DB3897-0300

NC 1646 – AFFIDAVIT OF CONSIDERATION
RTF-1 (Rev. 1/1/86)

**STATE OF NEW JERSEY**
**AFFIDAVIT OF CONSIDERATION OR EXEMPTION**
(c. 49, P.L. 1968)
or
**PARTIAL EXEMPTION**
(c. 176, P. L. 1975)
To Be Recorded With Deed Pursuant to c. 49, P.L. 1968, as amended by c. 225, P.L. 1985 (N.J.S.A. 46:15-5 et seq.)

ALL-STATE LEGAL SUPPLY CO.
One Commerce Drive, Cranford, N.J. 07016
DG  VST-1

STATE OF NEW JERSEY
COUNTY OF ~~Union~~ Hudson } ss.

FOR RECORDER'S USE ONLY
Consideration $ 230,000.00
Realty Transfer Fee $ 350.00
Date 11/2/92   By MCM
*Use symbol "C" to indicate that fee is exclusively for county use.

**(1) PARTY OR LEGAL REPRESENTATIVE** (See Instructions #3, 4 and 5 on reverse side)

Deponent, Jess Bernstein, being duly sworn according to law upon his/her oath deposes and says that he/she is the grantor

in a deed dated October 29, 1992, transferring real property identified as Block No. 117
Lot No. 13 located at 115 Pawnee Rd., Cranford, Union County.
and annexed hereto.

**(2) CONSIDERATION** (See Instruction #6)

Deponent states that, with respect to deed hereto annexed, the actual amount of money and the monetary value of any other thing of value constituting the entire compensation paid or to be paid for the transfer of title to the lands, tenements or other realty, including the remaining amount of any prior mortgage to which the transfer is subject or which is to be assumed and agreed to be paid by the grantee and any other lien or encumbrance thereon not paid, satisfied or removed in connection with the transfer of title is $ 230,000.00

**(3) FULL EXEMPTION FROM FEE**   Deponent claims that this deed transaction is fully exempt from the Realty Transfer Fee imposed by c.49, P.L. 1968, for the following reason(s). Explain in detail. (See Instruction #7.) Mere reference to exemption symbol is not sufficient.

**(4) PARTIAL EXEMPTION FROM FEE**   NOTE: All boxes below apply to grantor(s) only. ALL BOXES IN APPROPRIATE CATEGORY MUST BE CHECKED. Failure to do so will void claim for partial exemption. (See Instructions #8 and #9)
Deponent claims that this deed transaction is exempt from the increased portion of the Realty Transfer Fee imposed by c.176, P.L. 1975 for the following reason(s):

a) **SENIOR CITIZEN** (See Instruction #8)
- [x] Grantor(s) 62 yrs. of age or over.*
- [x] One or two-family residential premises
- [x] Owned and occupied by grantor(s) at time of sale.
- [x] No joint owners other than spouse or other qualified exempt owners.

b) **BLIND** (See Instruction #8)
- [ ] Grantor(s) legally blind.*
- [ ] One or two-family residential premises.
- [ ] Owned and occupied by grantor(s) at time of sale.
- [ ] No joint owners other than spouse or other qualified exempt owners.

**DISABLED** (See Instruction #8)
- [ ] Grantor(s) permanently and totally disabled.*
- [ ] One or two-family residential premises.
- [ ] Receiving disability payments.
- [ ] Owned and occupied by grantor(s) at time of sale.
- [ ] Not gainfully employed.
- [ ] No joint owners other than spouse or other qualified exempt owners.

*IN THE CASE OF HUSBAND AND WIFE, ONLY ONE GRANTOR NEED QUALIFY.

c) **LOW AND MODERATE INCOME HOUSING** (See Instruction #8)
- [ ] Affordable According to H.U.D. Standards.
- [ ] Meets Income Requirements of Region.
- [ ] Reserved for Occupancy.
- [ ] Subject to Resale Controls.

d) **NEW CONSTRUCTION** (See Instruction #9)
- [ ] Entirely new improvement.
- [ ] Not previously used for any purpose.
- [ ] Not previously occupied.

Deponent makes this Affidavit to induce the County Clerk or Register of Deeds to record the deed and accept the fee submitted herewith in accordance with the provisions of c. 49, P.L. 1968.

Subscribed and Sworn to before me
this 29th day of October, 19 92

Jess Bernstein
Name of Deponent
Jess Bernstein
115 Pawnee Rd.
Cranford, N.J. 07016
Address of Grantor at Time of Sale

Bruce H. Bergen, Esq.
Attorney at Law of New Jersey

FOR OFFICIAL USE ONLY  This space for use of County Clerk or Register of Deeds.
Instrument Number 3715
County Union
Deed Number ____   Book 3897   Page 299
Deed Dated 10/29/92   Date Recorded 11/2/92

**IMPORTANT** - BEFORE COMPLETING THIS AFFIDAVIT, PLEASE READ THE INSTRUCTIONS ON THE REVERSE SIDE HEREOF.
This form is prescribed by the Director, Division of Taxation in the Department of the Treasury, as required by law, and may not be altered or amended without the approval of the Director.
ORIGINAL — White copy to be retained by County.
DUPLICATE — Yellow copy to be forwarded by County to Division of Taxation on partial exemption from fee (N.J.A.C. 18:16—8.12).
TRIPLICATE — Pink copy is your file copy.

DB3897-0301

083897-0300

| DEED | Dated: October 29, 19 92 |
|---|---|
| Jess Bernstein and Eleanor Bernstein, his wife | Record and return to: |
| Grantor. TO | Meliado & Meliado, Esqs. 707 Broadway P.O. Box 765 Bayonne, N.J. 07002 |
| Donald J. Meliado, Jr. single and Jackqueline LaVigna, single Grantee. | |

37151

083897-0302    END OF DOCUMENT