Civil Action No. 2:25-cv-11925-MCA-LDW

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Jacqueline V. Meliado was received by me on *(date)* Jul 7, 2025, 3:25 pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* Donald J. Meliado Jr. , a person of suitable age and discretion who resides there, on *(date)* Thu, Jul 17 2025 , ~~and mailed a copy to the individual's last known address~~; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 07/17/2025

*DocuSigned by:*
*Shareece Fields*
BA0D864E2C52433...

*Server's signature*

Shareece Fields, Process Server

*Printed name and title*

Veritext, LLC, 1100 Superior Avenue, Suite 1820, Cleveland, Ohio 44114

*Server's address*

Additional information regarding attempted service, etc.:
1) Unsuccessful Attempt: Jul 9, 2025, 2:25 pm EDT at Home: 115 Pawnee Road, Cranford, NJ 07016
No answer at door. No cars in driveway.

2) Unsuccessful Attempt: Jul 10, 2025, 8:32 pm EDT at Home: 115 Pawnee Road, Cranford, NJ 07016
No answer at door. Rang bell and knocked on the door multiple times. I heard a dog was barking inside.

3) Successful Attempt: Jul 17, 2025, 8:28 am EDT at Home: 115 Pawnee Road, Cranford, NJ 07016 received by Donald J. Meliado Jr.. Age: 60; Ethnicity: Caucasian; Gender: Male; Weight: 250; Height: 5'6"; Hair: Other; Relationship: Husband; Other: Hair: Salt and pepper colored; Glasses: No; Military: No;
I delivered the documents to Donald J. Meliado Jr., with identity confirmed by subject positively identifying themselves. Donald J. Meliado Jr. identified himself as the husband and co-resident of Jacqueline V. Meliado. Donald J. Meliado Jr. accepted the documents with direct delivery.

Documents Served: SUMMONS; COMPLAINT; EXHIBITS A-E