# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| United States of America <br><br> Plaintiff(s) <br><br> v. <br><br> Doanld J. Meliado Jr., et.al <br><br> Defendant(s) | APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY <br> [Local Civil rule 6.1(b)] <br><br> Civil Action No. 2:25-CV-11925-MCA- |

Application is hereby made for a Clerk's Order extending time within which defendant(s) __Donald J. Meliado Jr. and Jacqueline Meliado__ may answer, move, or otherwise reply to the Complaint filed by plaintiff(s) herein and it is represented that:

1. No previous extension has been obtained;
2. Service of Process was effected on  July 17 2025  ; and
3. Time to Answer, Move or otherwise Reply expires on  August 7, 202 .

 Donald J. Meliado Jr./Jacqulien M
Attorney for Defendant(s)

 115 Pawnee Road
Mailing Address

 Cranford, NJ 07016
City, State, Zip Code

## ORDER

The above application is ORDERED GRANTED. Defendant(s) time to answer, move or otherwise reply is extended to _____.
ORDER DATED: _____

By:_____
Deputy Clerk