DONALD MELIADO JR, pro se
JACQUELINE MELIADO, pro se
115 Pawnee Road
Cranford, NJ 07016
(908) 8575-9335
202-514-6866 (f)
Dmeliado@aol.com
*Pro se defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 2:25-CV-11925-MCA-LDW |
| v. | ) |
| | ) |
| DONALD J. MELIADO, JR., *et al.*, | ) |
| | ) |
| Defendants. | ) |

### UNOPPOSED MOTION TO EXTEND THE TIME TO ANWER OR OTHERWISE PLEAD

1.   Donald J. Meliado Jr. and Jacqueline Meliado respectfully request that the deadline to Anwer of otherwise please this case be extended by thirty days, or until September 21, 2025

2.   On August 14, 2002, the Court entered a fourteen (14) day order extending the time to answer the complaint after the initial service of the summons and complaint.   Under that Order, we were required to file our answer on or before August 21, 2025.

1

3. We have been delayed in filing due to Donald J. Meliado Jr's. recently being approved by the Supreme Court of New Jersey to apply for reinstatement of his New Jersey law license under the program recently implemented by the Court for disbarred attorneys. After passing the required background check and ethics certification from the Office of Attorney Ethics, Mr. Meliado had to sit for the recent bar exam given on July 29 and July 30, 2025, in Edison, New Jersey. At age 63, Mr. Meliado, although the oldest candidate sitting for the bar and having practiced law for 30 years, signed up for and took the BARBRI review course for a period of three months prior to the July testing date. The course required 6 to 8 hours of instruction a day with only one day off for the 4th of July, with independent study requirements after the instructional tutorial. In addition, Mr. Meliado was working as a consultant full time which prevented us from meeting with and retaining counsel which has been made more difficult due to August vacations schedules for many attorneys.

4. Accordingly, the defendants, Donald J. Meliado and Jacqueline Meliado request an additional thirty (30) days, or until September 21, 2025, to file their answer, if settlement cannot be consummated.

5. Defendants the United States of America through their counsel Gocke T Yurekli, Esq do not oppose such relief being requested.

Date: August 19, 2025

DONALD J. MELIADO JR, pro se

JACQUELINE MELIADO, pro se

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF/ADF system, which will send notification of such filing to all counsel of record.

*/s/ Donald J. Meliado Jr.*
Donald J, Meliado Jr.
Pro Se

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 2:25-cv-11925-MCA-LDW |
| V. | ) |
| | ) |
| DONALD J. MELIADO, JR., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER GRANTING THE UNITED STATES' UNOPPOSED MOTION TO EXTEND THE DEADLINE TO SETTLE OR RE-OPEN THE CASE

Upon consideration of the defendants Donald Meliado and Jacqueline Meliado's Unopposed Motion to Extend the Time to Answer, and for good cause shown, IT IS HEREBY:

ORDERED, the motion of the defendants the Meliado's is GRANTED; and it is further

ORDERED that the deadline to file the papers necessary to Answer this action under Federal Rule of Civil Procedure, if settlement cannot be consummated, is extended by thirty days, or until September 21, 2025.

Executed this ___ day of _____,2025.

_____
UNITED STATES DISTRICT COURT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DONALD J. MELIADO, JR., *et al.*, )<br>)<br>Defendants. ) | Case No. 2:25-cv-11925-MCA-LDW |

## ORDER GRANTING THE MELIADO'S' UNOPPOSED MOTION TO EXTEND THE DEADLINE TO SETTLE, OR RE-OPEN THE CASE

Upon consideration of the defendants Donald Meliado and Jacqueline Meliado's Unopposed Motion to Extend the Time to Answer, and for good cause shown, IT IS HEREBY:

ORDERED, the motion of the defendants the Meliado's is GRANTED; and it is further

ORDERED that the deadline to file the papers necessary to Answer this action under Federal Rule of Civil Procedure, if settlement cannot be consummated, is extended by thirty days, or until September 21, 2025.

Executed this ___ day of _____,2025.

_____
UNITED STATES DISTRICT COURT JUDGE