DONALD MELIADO JR, pro se
JACQUELINE MELIADO, pro se
115 Pawnee Road
Cranford, NJ 07016
(908) 8575-9335
202-514-6866 (f)
Dmeliado@aol.com
*Pro se defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | CASE NO.: 2;25-CV-1195-MCA-LDW |
| Plaintiff, | ) ) | |
| v. | ) ) ) | **ANSWER TO COMPLAINT OF DONALD J. MELIADO JR. AND JACQUELINE MELIADO** |
| DONALD J. MELIADO, JR., *et al.,* | ) ) | |
| Defendants. | | |

Donald J. Meliado Jr. and Jacqueline Meliado (c o l l e c t i v e l y,

M e l i a d o ' s) citizens of the State of New Jersey and residing at 115 Pawnee Road,

Cranford, New Jersey 07016 by way of Answer to Complaint for Federal Taxes and to

Foreclose said liens and force the sale of property owned by the Meliado's, say:

1. Meliado's admit the allegations of paragraph 1

2. Meliado's admit the allegations of paragraph 2

3. Meliado's admit the allegations in paragraph 3

4. Meliado's admit the allegations in paragraph 4

5. Meliado's neither admit or deny the allegations in paragraph 5 which are legal as opposed to factual nature.

6. Meliado's admit the allegations of paragraph 6

7. Meliado's admit the allegations of paragraph 7

8.   Meliado's admit the allegations of paragraph 8 and subparts a through e

9.   Meliado's admit the allegations of paragraph 9 subparts a through b

10.  Meliado's admit the allegations of paragraph 10

11.  Meliado's deny the allegations of paragraph 11

12.  Meliado's admit the allegations of paragraph 12

13.  Meliado's admit the allegations of paragraph 13

14.  Meliado's deny the allegations of paragraph 14

15.  Meliado's admit the allegations of paragraph 15

16.  Meliado's neither admit, nor deny the allegations in paragraph 16 which are legal as opposed to factual in nature

17.  Meliado's neither admit nor deny the allegations in paragraph 17 which are legal as opposed to factual in nature

18.  Meliado's neither admit nor deny the allegations in paragraph 18 which are legal as opposed to factual in nature

19.  Meliado's deny the allegations in paragraph 19

20.  Meliado's deny the allegations in paragraph 20

21.  Meliado's deny the allegations in paragraph 21

22.  Melido's neither admit nor deny the allegations in paragraph 22 which are legal as opposed to factual in nature

23   Meliado's neither admit nor deny the allegations in paragraph 23 which are legal as opposed to factual in nature.

24   Melido's neither admit nor deny the allegations in paragraph 24 which are legal as opposed to factual in nature

25   Melido's neither admit nor deny the allegations in paragraph 25 which are legal as opposed to factual in nature

26 Meliado's admit the allegations in paragraph 26

27 Melido's neither admit nor deny the allegations in paragraph 27 which are legal as opposed to factual nature.

28. Melido's neither admit nor deny the allegations in paragraph 22 which are legal as opposed to factual in nature

## AFFIRMATIVE DEFENSES

1. The Complaint fails to state a claim for which relief can be granted

2. The Complaint is barred by the doctrine of waiver

3. The Complaint is barred by the doctrine of equitable estopple

4. The Complaint is barred by the doctrine of unclean hands

5. The Complaint is barred by the doctrine of laches

6. The Complaint is barred by the breach of the underlying agreement by the plaintiff

**WHEREFORE,** defendants Donald J. Meliado Jr and Jacqueline V. Meliado demand judgment for:

1. Dismissal with prejudice of the Complaint.

2. Cost of suit.

3. Reasonable attorney fees; and

4. Such other further and different relief as the Court deems just and equitable.

By _____
Donald J. Meliado Jr, pro se defendant

By: _____
Jacqueline V Meliado, pro se defendant

Dated: September 15, 2025