October 26, 2025

Honorable Leda Dunn Wettre
Martin Luther King Federal Building
50 Walnut Steet
Newark, NJ 07101

     RE: *United States of America v. Meliado, Jr. et al.*
          Civil Action No. 25- 11925 (MCA) (LDW)

Dear Judge Wettre:

Pursuant to your letter Order of September 22, 2025, with respect to compliance with **R. 16.1,** please note that on October 21, 2025, we reached out by e-mail to counsel for the IRS, Gocke T Yurekli, Esq, in order to confer with counsel as required under the rule. Unfortunately, we received an automatic reply indicating that she is not available due to the current government shutdown. In addition, I am also in receipt of the Answer that was filed on behalf of US Bank which the Court has noted has filing deficiencies and therefore do not believe they are formally appearing in this matter at this time.

Therefore, would you be so kind to advise whether the November 13, 2025, **R. 26** conference is still scheduled since as part of our defense we are seeking records from the IRS that is also now currently shutdown. Also, due to the current situation, we cannot forward any documentation on our behalf.

We thank you for all courtesies and your attention in this matter.

Respectfully submitted

Donald J. Meliado Jr.

Jacqueline Meliado
dmeliado@aol.com
(908) 875-9335
DJM/kbo
Cc: counsel of record