

**Elliott J. Almanza**
Attorney at Law

**EMAIL:**
ealmanza@gmslaw.com

A PROFESSIONAL CORPORATION

660 NEW ROAD, FIRST FLOOR, NORTHFIELD, NEW JERSEY 08225
PHONE: (609) 646-0222 | FAX: (609) 646-0887

**Please Reply To:** Northfield

www.gmslaw.com
TAX ID #22-1980737

**ATLANTIC CITY**
1030 ATLANTIC AVENUE
ATLANTIC CITY, NJ 08401
**PHONE:** (609) 344-7131
**FAX:** (609) 347-6024

**RIO GRANDE**
THE HERALD BUILDING
1508 ROUTE 47 SOUTH, SUITE 3
RIO GRANDE, NJ 08242
**PHONE:** (609) 886-4333
**FAX:** (609) 886-9441

**VINELAND**
1170 EAST LANDIS AVENUE
VINELAND, NJ 08360
**PHONE:** (856) 839-0953
**FAX:** (856) 839-0959

April 2, 2026

Hon. Leda DunnWettre, U.S. Magistrate Judge
Martin Luther King Federal Building
  & U.S. Courthouse
50 Walnut St.
Newark, NJ 07101

RE: U.S. v. Meliado, Jr., et als
Civil Action No. 25-11925 (MCA) (LDW)
Our File No. 70830-1

Dear Judge Wettre:

I represent Defendant, U.S. Bank Cust BV TST 2015-1 in the above-captioned matter. I write pursuant to ¶7 of the Court's December 11, 2025 pre-trial scheduling order, which directs the parties to file a concise status letter no later than one week in advance of the conference.

There is nothing to report from my client's perspective. My client is a defendant in this matter solely by virtue of owning a property tax lien on the real property subject to this lawsuit. My client has no personal knowledge of, and takes no position with respect to, the merits of the dispute between the United States and the Meliados. I have already made Rule 26 disclosures. I do not intend on serving any discovery and I have also not received any demands for discovery from any of the parties apart from the Rule 26 disclosures I have already made. My sole and limited purpose in participating in the suit is to ensure that any order of the sale of the property provides for full satisfaction of my client's tax lien on the property, which is a paramount lien.

I thank the Court for its time and attention to this case.

Respectfully,

ELLIOTT J. ALMANZA, ESQ.

EJA/lms
cc: Gokce Yurekli, Esq. (via USPS 1st Class mail)
    Donald Meliado, Jr. (via USPS 1st Class mail)
    Jacqueline Meliado (via USPS 1st Class mail)