

**U.S. Department of Justice**
**Civil Division**
**Tax Litigation Branch**

*Trial Attorney: Gokce T. Yurekli*          *Civil Trial Section, Eastern Region*
*Attorney's Direct Line: 202-598-0581*      *P.O. Box 227*
*Fax No. 202-514-6866*                      *Washington, D.C. 20044*
*Gokce.T.Yurekli@usdoj.gov*

BAS:JJW:GTYurekli
DJ 5-48-22730
CMN 2017102169

April 2, 2026

***Filed via CM/ECF***

Honorable Leda Dunn Wettre
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

    Re:  *United States of America v. Donald J. Meliado, et al.*
       <u>Case No. 2:25-cv-11925 (D. N.J.)</u>

Dear Judge Wettre:

  The following status report is jointly submitted by plaintiff United States and defendants Donald and Jacqueliene Meliado. The parties have exchanged their first discovery requests and responses. The United States has not yet reviewed the defendants' responses. Mr. Meliado has indicated he is exploring options to pay his tax liabilities.

         Sincerely yours,

         */s/ Gokce T. Yurekli*
         GOKCE T. YUREKLI
         Trial Attorney
         Tax Litigation Branch
         Department of Justice