

**U.S. Department of Justice**
**Civil Division**
**Tax Litigation Branch**

*Trial Attorney: Gokce T. Yurekli*          *Civil Trial Section, Eastern Region*
*Attorney's Direct Line: 202-598-0581*       *P.O. Box 227*
*Fax No. 202-514-6866*                        *Washington, D.C. 20044*
*Gokce.T.Yurekli@usdoj.gov*

BAS:JJW:GTYurekli
DJ 5-48-22730
CMN 2017102169

May 22, 2026

***Filed via CM/ECF***

Honorable Leda Dunn Wettre
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

> Re:    *United States of America v. Donald J. Meliado, et al.*
>        Case No. 2:25-cv-11925 (D. N.J.)

Dear Judge Wettre:

The following status letter is jointly submitted by the parties in advance of the June 1, 2026 status conference. The discovery period closes on May 29, 2026. The United States and Donald and Jacqueline Meliado have exchanged discovery requests. The United States served a discovery deficiency letter on the Meliados which remains outstanding. The parties believe discovery should be extended by 60 days. The United States will file an extension notice on the docket, unless otherwise ordered by the Court.

Sincerely,

*/s/ Gokce T. Yurekli*
GOKCE T. YUREKLI
Trial Attorney
Tax Litigation Branch
Department of Justice

CC:    Elliott J. Almanza (via ECF)
       Donald Meliado (via ECF)
       Jacqueline Meliado (via ECF)