

**U.S. Department of Justice**
**Civil Division**
**Tax Litigation Branch**

*Trial Attorney: Gokce T. Yurekli*          *Civil Trial Section, Eastern Region*
*Attorney's Direct Line: 202-598-0581*     *P.O. Box 227*
*Fax No. 202-514-6866*                      *Washington, D.C. 20044*
*Gokce.T.Yurekli@usdoj.gov*

BAS:JJW:GTYurekli
DJ 5-48-22730
CMN 2017102169

May 28, 2026

***Filed via CM/ECF***

Honorable Leda Dunn Wettre
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

        Re:    *United States of America v. Donald J. Meliado, et al.*
                <u>Case No. 2:25-cv-11925 (D. N.J.)</u>

Dear Judge Wettre:

      The parties respectfully request a 60-day extension of the discovery deadline from May 29, 2026 to July 28, 2026. Good cause exists for this extension request. The United States and Donald and Jacqueline Meliado have served discovery requests. The Meliados need additional time to respond to government's requests. The government by extension needs time to review their responses and conduct depositions if needed. For these reasons, the parties request an extension of the discovery deadline.

                    Sincerely,

                    */s/ Gokce T. Yurekli*
                    Gokce T. Yurekli
                    Trial Attorney
                    Tax Litigation Branch
                    Department of Justice

CC:    Elliott J. Almanza (via ECF)
        Donald Meliado (via ECF)
        Jacqueline Meliado (via ECF)