**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DONALD J. MELIADO JR., *et al.*,<br><br>    Defendants. | Civil Action No.<br><br> 25-11925 (MCA) (LDW)<br><br><br>**AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court by way of a June 1, 2026 telephone conference before the undersigned, and for good cause shown,

**IT IS, on this 2nd day of June 2026, ORDERED** that the Pretrial Scheduling Order entered December 11, 2025 (ECF 16) is hereby amended as follows:

1. Fact discovery is extended through **July 31, 2026**.  No fact discovery shall be issued or engaged in beyond that date, except upon application and for good cause shown.

2. The parties shall appear for a telephonic status conference before the undersigned on **August 10, 2026 at 4:30 p.m.**  The parties shall submit concise status letters to the Court no later than one week in advance of the conference.  Dial-in information for the conference is (973) 437-5535, access code 395 980 556#.

　　　　　　　　　　　　　　　　　　　　 *s/ Leda Dunn Wettre*
　　　　　　　　　　　　　　　　　　　　Hon. Leda Dunn Wettre
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge