

**U.S. Department of Justice**
**Civil Division**
**Tax Litigation Branch**

_Trial Attorney: Gokce T. Yurekli_          _Civil Trial Section, Eastern Region_
_Attorney's Direct Line: 202-598-0581_      _P.O. Box 227_
_Fax No. 202-514-6866_                       _Washington, D.C. 20044_
_Gokce.T.Yurekli@usdoj.gov_

BAS:JJW:GTYurekli
DJ 5-48-22730
CMN 2017102169

July 28, 2026

**_Filed via CM/ECF_**

Honorable Leda Dunn Wettre
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

> Re:   _United States of America v. Donald J. Meliado, et al._
>        Case No. 2:25-cv-11925 (D. N.J.)

Dear Judge Wettre:

The United States and Defendants Donald and Jacqueline Meliado (along with the consent of Defendant US Bank Cust BV Trst 2015-1) respectfully submit this letter requesting a 90-day extension of the discovery deadline from July 31, 2026 to October 31, 2026.

Good cause exists for this extension request. On March 24, 2026, the United States served Defendants Donald and Jacqueline Meliado with its first set of discovery request. After reviewing their responses, the United States identified several deficiencies and served a deficiency letter. The parties thereafter conferred regarding these deficiencies. However, Defendants' responses remain incomplete, and Defendants need additional time to provide supplemental responses addressing the outstanding issues.

Additionally, the United States served a second set of discovery requests comprised of one additional request for admission, one interrogatory, and one document request. Defendants require the full thirty-day response period to respond to those requests, which extends beyond the currently July 31 deadline.

- 2 -

The parties have also engaged in settlement discussion, including regarding a refinancing to pay the liabilities at issue. The requested extension will allow the parties to continue those discussions while also completing outstanding requests.

Accordingly, the parties respectfully request that the Court extend the discovery deadline to October 31, 2026.

Sincerely,

*/s/ Gokce T. Yurekli*
Gokce T. Yurekli
Trial Attorney
Tax Litigation Branch
Department of Justice

CC:   Elliott J. Almanza (via ECF)
      Donald Meliado (via ECF)
      Jacqueline Meliado (via ECF)