**U.S. Department of Justice**
**Civil Division**
**Tax Litigation Branch**

*Trial Attorney: Gokce T. Yurekli*
*Attorney's Direct Line: 202-598-0581*
*Fax No. 202-514-6866*
*Gokce.T.Yurekli@usdoj.gov*

*Civil Trial Section, Eastern Region*
*P.O. Box 227*
*Washington, D.C. 20044*

BAS:JJW:GTYurekli
DJ 5-48-22730
CMN 2017102169

September 22, 2026

***Filed via CM/ECF***

Honorable Leda Dunn Wettre
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re: *United States of America v. Donald J. Meliado, et al.*
Case No. 2:25-cv-11925 (D. N.J.)

Dear Judge Wettre:

The following status letter is jointly submitted by the parties in advance of the September 30, 2026 status conference. The parties have exchanged discovery requests and responses. The parties may hold depositions before the October 31, 2026 discovery deadline. Donald and Jacqueline Meliado have indicated they would like to settle this matter however they have not made an offer or provided details for a possible settlement. They indicated they intend to do so by October 10, 2026.

Sincerely,

*/s/ Gokce T. Yurekli*
GOKCE T. YUREKLI
Trial Attorney
Tax Litigation Branch
Department of Justice

CC: Elliott J. Almanza (via ECF)
Donald Meliado (via ECF)
Jacqueline Meliado (via ECF)